**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| James I. McMillan, <br><br> Plaintiff, <br><br> vs. <br><br> Anderson Fire Protection District, Steve Lowe, City of Anderson, Anderson Police Officer1, Jail Nurse DOE1, Jail Nurse DOE2, Shasta County Sheriff Thomas M. Bosenko Ret., and County of Shasta. <br><br> Defendants. | Case No.: 2:20-cv-00564-JAM-EFB <br><br> **ORDER, RE: PLAINTIFF'S UNOPPOSED *EX PARTE* REQUEST TO EXTEND THE TIME LIMIT FOR SERVICE** <br><br> Judge: Hon. John A. Mendez <br> Courtroom:   6, 14th Floor |

[PROPOSED] ORDER, RE: PLAINTIFF'S UNOPPOSED *EX PARTE* REQUEST TO EXTEND THE TIME LIMIT FOR SERVICE

# **ORDER**

The Court has read and considered Plaintiff's Unopposed *Ex Parte* Request to Extend the Time Limit for Service. After consideration of the *Ex Parte* Request, this Court finds:

Plaintiff has shown good cause to extend the time limit to serve all Defendants.

**IT IS HEREBY ORDERED** that Plaintiff's time limit to serve all Defendants shall be extended by forty-five (45) days, until July 26, 2020.

Dated:   June 8, 2020          /s/ John A. Mendez
                               Hon. John A. Mendez
                               United States District Court Judge