**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879
office@brickwoodlaw.com

Attorneys for Defendants SHASTA COUNTY,
THOMAS M. BOSENKO and DAVE KENT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES I. MCMILLAN, | Case No. 2:20-CV-00564-JAM-EFB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| COUNTY OF SHASTA, ET AL. | |
| Defendants. _____/ | |

I, A. Spain, declare as follows:

1.   I am over the age of 18 years and not a party to this action.

2.   My business address is Brickwood Law Office, 1135 Pine Street, Suite 210, Redding, California 96001, which is located in the City, County, and State where the mailing described below took place.

///

///

///

///

CERTIFICATE OF SERVICE

1

3. On July 20, 2020, I deposited in the United States Mail at Redding, California, a copy of the DEFENDANTS' SHASTA COUNTY, THOMAS M. BOSENKO AND DAVE KENT'S ANSWER TO FIRST AMENDED COMPLAINT addressed to James I. McMillan, Law Office of Shawn A. McMillan, 4955 Via Lapiz, San Diego, CA  92122.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20th day of July 2020.

                                                /s/     A. SPAIN
                                                A. SPAIN