DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
GÖKALP Y. GÜRER, ESQ., SB No. 311919
  Email: ggurer@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF ANDERSON and ANDERSON POLICE OFFICER KAMERON LEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JAMES I. McMILLAN, | ) | Case No.: 2:20-cv-00564-JAM-EFB |
|---|---|---|
| Plaintiff, | ) | **DEFENDANTS CITY OF ANDERSON AND ANDERSON POLICE OFFICER KAMERON LEE'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| vs. | ) | |
| ANDERSON FIRE PROTECTION DISTRICT, et al. | ) | **DATE:** September 15, 2020 |
| | ) | **TIME** 1:30 P.M. |
| Defendants. | ) | **DEPT:** 6, 14th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 15, 2020 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6, of the United States District Courthouse located at 501 I Street, Sacramento, California, Defendants CITY OF ANDERSON and ANDERSON POLICE OFFICER KAMERON LEE will move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiff JAMES I. McMILLAN's First Amended Complaint (ECF No. 9) without leave to amend.

This Motion will be made on the following grounds:

1. Plaintiff's first claim for Unreasonable Search pursuant to 42 U.S.C. § 1983 fails to state a claim under the Fourth Amendment because Officer Kameron Lee performed a lawful search incident to arrest pursuant to *U.S. v. Robinson* (1973) 414 U.S. 218, 235;

   2. Plaintiff's second claim for Cruel and Unusual Punishment and Deliberate Indifference pursuant to 42 U.S.C. § 1983 fails to state a claim under either the Eighth or Fourteenth Amendment because Plaintiff was neither a convicted prisoner nor a pre-trial detainee during his interactions with Officer Kameron Lee.  Further, excessive force claims are limited to analysis under the Fourth Amendment, as provided in *Graham v. Connor*, 490 U.S. 386 (1989). Even if Plaintiff properly pleads an Excessive Force claim pursuant to 42 U.S.C. § 1983 under the Fourth Amendment, Plaintiff has insufficient evidence or has insufficient allegations to maintain a triable claim because any force used by Officer Lee was reasonable under the circumstances, and Officer Lee is entitled to qualified immunity;

   3. Plaintiff's sixth claim under *Monell v. Dep't of Soc. Services of the City of N.Y.*, 436 U.S. 658, 694 (1978) pursuant to 42 U.S.C. § 1983 fails to state a claim because the allegations are purely conclusory and do not state factual matter pertaining to an unconstitutional custom, policy, or practice; and

   4. Plaintiff's seventh claim for Elder Abuse pursuant to California Welfare and Institutions Code § 15657 fails to state a claim because Officer Lee's actions do not constitute "physical abuse" that is reckless, oppressive, fraudulent, or malicious.

   This Motion will be based on this Notice of Motion and Motion, Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of Gokalp Y. Gurer, as well as the complete files and records in this action and on any such other matters as may be presented at or before the time of the hearing.

   This Motion is made following the conference of counsel pursuant to the Court's standing order which took place via phone on July 14, 2020.

Dated:  July 20, 2020        ANGELO, KILDAY & KILDUFF, LLP

                */s/ Gökalp Y. Gürer*
              By:_____
                DERICK E. KONZ
                GÖKALP Y. GÜRER
                Attorneys for Defendant CITY OF
                ANDERSON and ANDERSON POLICE
                OFFICER KAMERON LEE

-2-
DEFENDANTS CITY OF ANDERSON AND ANDERSON POLICE OFFICER KAMERON LEE'S NOTICE OF MOTION AND MOTION TO DISMISS