DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
GÖKALP Y. GÜRER, ESQ., SB No. 311919
  Email: ggurer@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF ANDERSON and ANDERSON POLICE OFFICER KAMERON LEE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES I. McMILLAN,<br><br>                              Plaintiff,<br><br>vs.<br><br>ANDERSON FIRE PROTECTION DISTRICT, et al.<br><br>                              Defendants. | Case No.: 2:20-cv-00564-JAM-EFB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS CITY OF ANDERSON AND ANDERSON POLICE OFFICER KAMERON LEE'S MOTION TO DISMISS**<br><br>**DATE:        September 15, 2020**<br>**TIME          1:30 P.M.**<br>**DEPT:        6, 14th Floor** |

Defendants CITY OF ANDERSON and ANDERSON POLICE OFFICER KAMERON LEE respectfully request that the Court take judicial notice of Plaintiff JAMES I. McMILLAN's state court criminal proceedings titled *People v. James Irwin McMillan*, Shasta County Superior Court, CR-M-20-0000386-002.

Generally, district courts may not consider any material beyond the pleadings when ruling on a Rule 12(b)(6) motion.  *Lee v. City of Los Angeles,* 250 F. 3d 668, 688 (9th Cir. 2011). However, Federal courts may "take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue." *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.,* 971 F. 2d 244, 248 (9th Cir.1992);

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS CITY OF ANDERSON AND
ANDERSON POLICE OFFICER KAMERON LEE'S MOTION TO DISMISS

see *Holder v. Holder*, 305 F. 3d 854, 866 (9th Cir.2002) (taking judicial notice of prior state court proceedings in determining whether to apply issue and claim preclusion); *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (stating that a court may take judicial notice of official records and reports without converting a Rule 12(b)(6) motion into a Rule 56 motion for summary judgment).

Because the issues and claims adjudicated in Plaintiff's criminal case are "directly related" to the instant civil case, Defendants request this Court take judicial notice of the state court proceedings titled *People v. James Irwin McMillan*, Shasta County Superior Court, CR-M-20-0000386-002.  Specifically, Defendants request this Court take judicial notice of the following:

1.     Criminal Complaint, *People v. James Irwin McMillan*, Shasta County Superior Court, CR-M-20-0000386-002 (Attached hereto as **EXHIBIT B**); and

2.     Clerk's Misdemeanor Docket/Minutes, *People v. James Irwin McMillan*, Shasta County Superior Court, CR-M-20-0000386-002 (Attached hereto as **EXHIBIT C**).

Dated:  July 20, 2020                          ANGELO, KILDAY & KILDUFF, LLP

                                                            */s/ Gökalp Y. Gürer*

                                               By:_____
                                                            DERICK E. KONZ
                                                            GÖKALP Y. GÜRER
                                                            Attorneys for Defendant CITY OF
                                                            ANDERSON and ANDERSON POLICE
                                                            OFFICER KAMERON LEE

# EXHIBIT B

File No. M-20-00386

**Stephanie A. Bridgett**
DISTRICT ATTORNEY
Shasta County
1355 West Street
Redding, CA 96001
(530) 245-6300
*shastada@co.shasta.ca.us*

Attorney for Plaintiff

**FILED**

**JAN 2 9 2020**

CLERK OF THE SUPERIOR COURT
BY: A. ANDERSON, DEPUTY CLERK

**IN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SHASTA**
**Redding Branch**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA<br>Plaintiff,<br><br>vs.<br><br>JAMES IRWIN MCMILLAN,<br><br><br>Defendant(s) | No. 20-00386<br><br>COMPLAINT-CRIMINAL<br>Misdemeanor<br>SUPERSEDES CITATION<br>XA0011<br><br>Next Court Date: 05/10/2019 |

DA # M-20-00386
ANDERSON FIRE DEPARTMENT AFD19568

The District Attorney of Shasta County, by and through the undersigned Deputy District Attorney, on information and belief, complains and accuses defendant(s) of having committed, in the County of Shasta, State of California, the crime(s) of:

**COUNT 1**

**PROHIBITED BURNING, in violation of Section 41800/42400 of the Health and Safety Code, a Misdemeanor.**

Defendant (s)
**JAMES IRWIN MCMILLAN,**
On or about the 7th day of March, 2019, did willfully and unlawfully except as otherwise provided in this chapter, no person shall use open outdoor fires for the purpose of disposal or burning of petroleum wastes, demolition debris, tires, tar, trees, wood waste, or other combustible or flammable solid or liquid waste; or for metal salvage or burning of motor vehicles bodies.

SARAH MURPHY
Senior Deputy District Attorney

Subscribed and sworn on January 23, 2020

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the people as required by Penal Code Section 1054.3.

SMM/kb

-1-

EXHIBIT C

## MISDEMEANOR DOCKET / MINUTES

DEFENDANT: **MCMILLAN, JAMES IRWIN**    DEPT: **10**    DATE: **06/22/20**    TIME: **08:30 AM**

ADDRESS: 1892 DIAMOND ST  ANDERSON, CA  96007    DOB: 07/25/41

ROC: ARRAIGNMENT    PROB:    DEFENSE ATTORNEY: NOT ON RECORD

CUSTODIAL STATUS:    DLN: G0723252

CHARGES: 001 HS 41800/42400 ☒ 4241

JUDGE: FLYNN, DANIEL E.    CSR:    ☐ Digital Recording  CLERK: K. Porras / A. Ard

**CONTINUANCES:**    **TRIAL CONFIRMED:** Defendant ordered to appear in Dept. 1 @ 10:00 a.m. this date. Trial Est. _____ days.

CSC _____    Time Waivers

8:15 a.m. TRC/TCC  10.21.21  830  DEJ    ☐ GTW ☐ NTW

9:00 a.m. JT/PVP/TCC _____  FUA    ☐ LTW to

10:30 a.m. Motion _____  FUR

☐ **VIP Program** Completion to clerk by: _____    ☒ NA/AA/Anger Management/Parenting/Batterer's/Child Abuse Program Completion/Enrollment to clerk by  9.7.71 Auth MM    C.19  6.22

☐ DATE(S) REMAIN ☒ DEFENDANT ORDERED PRESENT ON ABOVE DATES AND TIMES ☐ VACATE DATE WITH POE/POC by _____

**APPEARANCES:**    ☐ Bench Officer Disclosure Given: Cibula

☐ Defendant present ☐ IN CUSTODY ☒ Defendant not present ☐ without attorney ☐ gen app/977 PC ☐ with/by attorney  D. Furlong

☐ District Attorney  D. Ballanti/M. Holtman  Miller

☐ Finding pursuant to CRC 2.893 ☐ Interpreter _____ ☐ Sworn ☐ Language _____

☐ On motion of DA ☐ PC 1320(A) ☐ PC 853.7 ☐ PC 1203.2(a) ☐ PC 166(a)(4) ☐ PC 979 added for FTA ☐ Warrant ordered. Bail _____

☐ Bail forfeited ☐ Bail forfeiture set aside ☐ Bail bond reinstated upon payment of fees ☐ Exonerate bail bond ☐ Exonerate cash bail

☐ OR revoked ☐ Leave warrant active ☐ No cite & release ☐ No OR ☐ Recall warrant/DMV hold

PROOF OF: ☐ Anger Management/ Parenting Class/Batterer's Program ☐ DUI Program ☐ VIP ☐ Valid CDL ☐ _____

**CONTINUANCE:** ☐ by Court ☐ requested by DA / Attorney ☐ Granted ☐ Denied

ARRAIGNMENT: ☒ Defendant is arraigned; answers true name as charged; states he/she read and understands Statement of Rights; Defendant/Attorney given copy of complaint/petition. ☒ Arraignment & advisement of Constitutional rights waived ☐ The reading of fine/fee breakdown is waived.

☐ Defendant advised of allegations contained in petition for revocation of probation on _____

☐ Protective order signed and served on defendant.

Defendant ☐ released on O.R. ☐ to remain free on bail **remanded** ☐ on Parole hold ☐ Bail remains ☐ Bail set $ _____

☐ Conditions of release: ☐ Obey all laws. ☐ No contact with _____ ☐ Do not possess or consume alcohol, be in a place where it is primarily sold ☐ Submit person, property, vehicle, and residence, with or without probable cause, by any peace officer to a warrantless search for alcohol ☐ Submit to chemical testing at request of any peace officer for the use of alcohol ☐ Other _____

☐ Victim present and requests contact with defendant ☐ Stay away order lifted ☐ Do not harass, annoy, threaten, or use force or violence on the victim

☐ The Court found the defendant understood his/her right to an attorney and the appointment of an attorney if unable to obtain his/her own and knowingly and voluntarily waived the same ☐ Defendant is advised of pitfalls and dangers of representing himself. Written waiver (Faretta) is signed and filed.

☐ Public Defender appointed _____ present. PD declares conflict/relieved. ☐ Conflict Counsel appointed _____

PLEA OF NOT GUILTY: ☐ Defendant pleads NOT GUILTY/DENIAL ENTERED _____ ☐ Prior convictions denied

☐ Defendant demands jury trial ☐ Defendant understands and waives right to jury trial ☐ right to a speedy trial within 30-45 days  Public Resource code

PLEA OF GUILTY/CHANGE OF PLEA: ☐ Trial vacated ☐ Other dates vacated _____

☐ On motion of District Attorney, complaint amended to add ☐ FTA ☐ SPECIAL ALLEG ☒ COUNT  2 , a violation of  4291 ☐ As Inf.

☐ On motion of District Attorney, complaint amended to allege violation of _____ ☐ As Inf. in place of _____

☒ Defendant requests, and is granted, permission to withdraw NOT GUILTY plea and/or pleads ☐ Guilty ☒ Nolo Contendere to COUNT  2 ☒ As Inf.

☐ Defendant admits _____ prior convictions _____ special allegations _____ enhancements ☐ BAC _____

☐ Harvey Waiver on COUNT(S)/CASE _____ ☐ Marsden Hearing held. Courtroom closed and record ordered sealed. ☐ Granted ☐ Denied

☒ On motion of DA, Court orders COUNT(S) / CASE / BALANCE / VOP(s) _____ dismissed.

☒ Defendant advised of, understood and knowingly, and voluntarily waived all the following rights: His privilege against self-incrimination, the right to jury trial/hearing, and the right to confrontation and cross-examination of the witnesses against him. ☒ Right to an attorney ☒ Defendant advised & understands if you are an alien, this plea could cause deportation, denial of naturalization or future admission to the United States. ☒ The Court determined that the defendant has been advised of and understands the possible range of penalties and other consequences of the plea and/or plea with priors, and agrees there is a factual basis for the plea. ☒ Attorney concurs ☐ Written Plea of Guilty/No Contest and waiver of constitutional rights signed and accepted

☐ Defendant admits violation of probation filed on _____

☐ Probation revoked and reinstated, same terms and conditions plus serve _____ days jail/community service consecutive to any others for violation of probation. ☐ Report to the Shasta County Jail / Alternative Custody Program by _____

☐ Probation revoked and not reinstated/deemed unsuccessful. Defendant shall serve _____ days jail. Defendant to pay all outstanding fines and fees.

☐ Probation extended to _____ ☐ **Previously stayed Restitution Fine of $** _____ **is imposed.** ☐ PC 29810 Written notice given.

PRETRIAL DIVERSION: ☐ Defendant placed on Pretrial Diversion (see order) on count (s) _____ for _____ months/years.

☐ Pretrial Diversion denied ☐ Pretrial Diversion denied-defendant not eligible ☐ Pretrial Diversion terminated

☐ Defendant referred for evaluation pursuant to 1368PC. Doctor(s) _____ and _____ appointed for the evaluation. Criminal proceedings suspended. ☐ Defendant found competent/restored to competency. Criminal proceedings reinstated. ☒ Judgment is deferred for 12 months/years. Upon compliance with the following terms the plea is withdrawn and the case is dismissed. ☒ Obey all laws. ☐ _____