DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
GÖKALP Y. GÜRER, ESQ., SB No. 311919
  Email: ggurer@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF ANDERSON and ANDERSON POLICE OFFICER KAMERON LEE

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES I. McMILLAN, | Case No.: 2:20-cv-00564-JAM-EFB |
| Plaintiff, | **DECLARATION OF GOKALP Y. GURER IN SUPPORT OF DEFENDANTS CITY OF ANDERSON AND ANDERSON POLICE OFFICER KAMERON LEE'S MOTION TO DISMISS** |
| vs. | |
| ANDERSON FIRE PROTECTION DISTRICT, et al. | |
| Defendants. | DATE: September 15, 2020<br>TIME: 1:30 P.M.<br>DEPT: 6, 14th Floor |

I, GÖKALP Y. GÜRER, declare as follows:

1. I am an attorney at law duly licensed to practice before the Courts in the State of California and in the United States District Court for the Eastern District of California. I am an associate of the law firm of Angelo, Kilday & Kilduff, LLP, attorneys for Defendants CITY OF ANDERSON and ANDERSON POLICE OFFFICER KAMERON LEE. I am familiar with the events in this case and, if asked, could competently testify to the following based on personal knowledge.

2. I am making this declaration to demonstrate compliance with Section III of the Court's Standing Order (ECF No. 3-2.) ("Meet and Confer Requirements").

3.     On July 14, 2020, I called Plaintiff JAMES I. McMILLAN in order to discuss concerns I had with his claims against my clients. In response to each of my expressed concerns, though, Plaintiff repeatedly told me to "just read the complaint." I told Plaintiff that I had read the complaint several times and still wished to discuss, and even though I made repeated attempts to discuss the factual and legal nuances of my arguments, Plaintiff told me to file my motion. Attached hereto as **EXHIBIT A** is a true and correct copy of my e-mail to Plaintiff confirming my attempt to meet and confer.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 20th day of July 2020, at Sacramento, California.

*/s/ Gökalp Y. Gürer*

GÖKALP Y. GÜRER

# EXHIBIT A

| | |
|---|---|
| **From:** | Gokalp Gurer |
| **To:** | "jimcmillan@netscape.net" |
| **Cc:** | Bruce Kilday; Derick E. Konz; Melanie Fitzpatrick; Sarah E. Kelly |
| **Subject:** | McMillan v. County of Shasta, et al. - meet/confer re: Motion to Dismiss |
| **Date:** | Tuesday, July 14, 2020 3:46:53 PM |

Mr. McMillan,

Good speaking with you just now. This e-mail confirms we just discussed my concerns with the factual and legal bases of your claims against my clients, the City of Anderson and Anderson Police Officer Kameron Lee. We will move forward with a Motion to Dismiss.

If you have any questions, or if you change your mind and would like to amend in light of our conversation, please let me know. You are always free to call me at (530) 204-8888. I am working from home.

Sincerely,

Gokalp Y. Gurer, Esq.
*Associate*

**Angelo, Kilday & Kilduff**
601 University Avenue, Suite 150
Sacramento, CA 95825
ggurer@akk-law.com
(916) 564-6100 – Ext. 222