**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
  E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants, ANDERSON FIRE PROTECTION DISTRICT and FIRE CHIEF STEVE LOWE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES I. MCMILLAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SHASTA, a public entity; CITY OF ANDERSON, a public entity; ANDERSON FIRE PROTECTION DISTRICT, a public entity; FIRE CHIEF STEVE LOWE in his official and individual capacity; ANDERSON POLICE OFFICER KAMERON LEE in his official and individual capacity; SHASTA COUNTY SHERRIFF-CORONER THOMAS M. BOSENKO RET., in his individual and official capacities; COUNTY JAIL CAPTAIN DAVE KENT, in his individual and official capacity; CALIFORNIA FORENSIC MEDICAL GROUP, INC., A California Corporation; JAIL NURSE DOES 1; JAIL NURSE DOE 2, AND DOES 3-20, individually, jointly, and severally,<br><br>　　　　Defendants. | Case No. 2:20-cv-00564-JAM-EFB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS FIRE CHIEF STEVE LOWE AND ANDERSON FIRE PROTECTION DISTRICT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:　　September 15, 2020<br>Time:　　1:30 p.m.<br>Crtrm.:　6<br><br>Judge:　Hon. John A. Mendez, Crtrm. 6<br><br>Trial Date:　　None Set |

/ / /

/ / /

4827-8187-4883.1                   1
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS FIRE CHIEF STEVE LOWE AND ANDERSON FIRE PROTECTION DISTRICT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

1  A court takes judicial notice of facts not subject to reasonable dispute in ruling on a motion to dismiss. *Emrich v. Touche Ross & Co.*, 846 F.2d 1190 (9th Cir. 1988). Fed. R. Evid. 201 provides for judicial notice of facts that are: "(1) generally known with the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  The court can also take judicial notice of matters of public record, such as pleadings in another action and records and reports of administrative bodies.  *Emrich*, 846 F.2d at p. 1190.

Defendants hereby request that the Court take judicial notice of the fact that Plaintiff James McMillan is a licensed attorney in the State of California. The basis for this request is the online record of the State Bar of California, attached to the Declaration of Ryan Matthews as Exhibit A. Records of the State Bar of California are appropriate for judicial notice both as "source[] whose accuracy cannot reasonably be questioned" and as a matter of public record. Fed. R. Evid. 201(b); *Emrich*, 846 F.2d at p. 1190. As such, Defendants respectfully request that the Court grant the instant Request.

DATED:  July 20, 2020                 LEWIS BRISBOIS BISGAARD & SMITH LLP


By:      */s/ Ryan J. Matthews*
           JOSEPH A. SALAZAR, JR.
           RYAN MATTHEWS
           Attorneys for Defendants, ANDERSON FIRE
           PROTECTION DISTRICT and FIRE CHIEF
           STEVE LOWE

## DECLARATION OF RYAN MATTHEWS

I, Ryan Matthews, declare as follows:

1.   I am an attorney duly admitted to practice in all of the courts of the State of California and I am an associate with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendants, ANDERSON FIRE PROTECTION DISTRICT and FIRE CHIEF STEVE LOWE herein.  The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2.   On July 20, 2020, I accessed the website of the State Bar of California. Attached hereto as Exhibit A is a true and correct copy of the record from the State Bar of California establishing that Plaintiff James McMillan is a licensed attorney in the State of California. **Exhibit A** was downloaded on July 20, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 20, 2020, at Sacramento, California.

                                        /s/ Ryan J. Matthews
                                        Ryan Matthews

# Exhibit A


### The State Bar *of California*

### James Irwin McMillan #68584
**License Status: Active**

Address: James I McMillan, Esq., 6059 Dirac St, San Diego, CA 92122-3706

County: San Diego County

Phone Number: (858) 646-0069

Fax Number: Not Available

Email: jimcmillan@yahoo.com

Law School: Western State Univ; CA

**Below you will find all changes of license status due to both non-disciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 6/11/1976 | Admitted to The State Bar of California | | |

**Additional Information:**
- Explanation of licensee status
- Explanation of disciplinary system
- Explanation of disciplinary actions
- Copies of official licensee discipline records are available upon request

**CLA Sections:**                              None

California Lawyers Association (CLA) is an independent organization and is not part of The State Bar of California.

© 2020 The State Bar of California

# FEDERAL COURT PROOF OF SERVICE
James I. McMillan v. County of Shasta, et al.
Case No. 2:20-cv-00564-JAM-EFB

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 20, 2020, I served the following document(s):

- REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS FIRE CHIEF STEVE LOWE AND ANDERSON FIRE PROTECTION DISTRICT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| James I. McMillan<br>4955 Via Lapiz<br>San Diego, CA 92122 | In Propria Persona<br><br>Tel.: 858-646-0069<br>Direct: 858-412-0058<br>Fax: 206-600-4582<br>Email: jimcmillan@netscape.net |
|---|---|

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 20, 2020, at Sacramento, California.

*/s/ Alicia Rios*
Alicia Rios



4827-8187-4883.1

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS FIRE CHIEF STEVE LOWE AND ANDERSON FIRE PROTECTION DISTRICT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)