UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James I. McMillan,<br><br>   Plaintiff,<br><br>  vs.<br><br>City of Anderson, Anderson Fire Protection District, Fire Chief Steve Lowe, Anderson Police Officer Kameron Lee, et al.<br><br>   Defendants. | Case No.: 2:20-cv-00564-JAM-EFB<br><br>**ORDER ON STIPULATIONS BY DEFENDANTS TO CONTINUE RESPECTIVE 12(b)(6) HEARINGS DATE.**<br><br>Date: October 13, 2020<br>Time: 1:30 p.m.<br>Crtrm.: 6, 14th Floor<br><br>Judge: Hon. John A. Mendez.<br><br>Trial Date: None Set |

## **ORDER**

Based upon Plaintiff's ex parte motion to continue Defendants' hearing dates set for October 13, 2020 and Defendants' respective stipulations to continue the hearing dates to October 27, 2020,

AND GOOD CAUSE APPEARING THEREFORE:

  **IT IS ORDERED:**

The Court GRANTS the motion by Plaintiff to continue Defendants' 12(b)(6) hearings set for October 13, 2020 at 1:30 p.m. to October 27, 2020 at 1:30 p.m.  Plaintiff is to file and serve his Opposition 14 days prior to October 27, 2020.

DATED: September 28, 2020    /s/ John A. Mendez
                  HONORABLE JOHN A. MENDEZ
                  UNITED STATES DISTRICT COURT JUDGE

**ORDER ON STIPULATIONS BY DEFENDANTS TO CONTINUE RESPECTIVE 12(b)(6) HEARINGS DATE.**