James I. McMillan, CBN 68584 - In Active
4955 Via Lapiz
San Diego, CA 92122
Office: 858-646-0069
Direct: 858-412-0058
Fax: 206-600-4582
Email: jimcmillan@netscape.net

JAMES I. MCMILLAN, **in propria persona**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James I. McMillan,<br><br>Plaintiff,<br><br>vs.<br><br>County of Shasta, a public entity; City of Anderson, a public entity; Anderson Fire Protection District, a public entity; Fire Chief Steve Lowe in his official and individual capacity; Anderson Police Officer Kameron Lee in his official and individual capacity; Shasta County Sheriff-Coroner Thomas M. Bosenko ret., in his individual and official capacities; County Jail Captain Dave Kent, in his individual and official capacity; California Forensic Medical Group, Inc., a California Corporation; Jail Nurse Linda Smith, Jail Nurse Amanda Ream and DOES 1-50; individually, jointly, and severally,<br><br>Defendants. | Case No.: 2:20-cv-00564-JAM-JDP<br><br>**PLAINTIFF'S EX-PARTE APPLICATION AND DECLARATION UNDER PENALTY OF PERJURY FOR AN ORDER EXTENDING THE DATE TO FILE AMENDED COMPLAINT.** |

Plaintiff makes this Ex-parte Application for an Order Extending the Date to File Amended Complaint on the following basis:

On February 2, 2020, an order by Judge Mendez was filled that if "Plaintiff elects to amend his complaint, he shall file an Amended Complaint within 20 days of this Order." Plaintiff has elected to amend his complaint and has been working to his capacity to do so.

-1-

1   However, it is clear that Plaintiff will not be able to finish amending the complaint
2   because he is mentally handicapped in that his short term memory is not normal - thoughts
3   and new memories evaporate in minutes.
4   On the evening of March 10, 2019 upon being released from county jail at about 2:30
5   a.m. he suffered serious hallucinations of a striking nature that he had never experience
6   before.  The hallucinations lasted at least four hours, and maybe more, but were gone in the
7   morning after McMillan slept for about 4 hours. Since that time McMillan's memory is
8   diminished, especially his short term memory - forgetting many things in ten minutes or less.
9   He had been denied his medications by the jail staff even though he had identified the
10  nature of the drugs prescribed for him. The medications denied included NPH insulin and
11  the anti-clotting drug Plavix.  When McMillan's cousin brought his prescription medications
12  to the jail March 9th, they had been refused by a member of the medical staff.
13  **McMillan:**
14  I have sent email to attorneys in the four law firms representing the defendants in this
15  case advising I need more time and sought their respective stipulations for a 90 day
16  continuance for filing my 3rd Amended Complaint. I am having difficulty meeting the
17  February 22nd deadline ordered by his honor Judge Mendez to submit my Amended
18  Complaint .  I asked the defense attorneys for stipulation for a continuance to May 17th.  I
19  have heard back from two, one refuses - no extension at all, and one would agree with
20  approval by the court.  The other two I have not heard back from yet.
21  I have been struggling with the legal research all along, from the beginning.  I filed
22  the Second Amended  Complaint knowing that it had weaknesses.  But it was the best I was
23  able to do in the time I had.
24  I have severe short term memory issues.  While I read a case, I mostly forget the
25  information in the page I read just before.  I must read a case several times to just remember
26  the basic story.  If I set something down, it is likely I will forget where I put it.  I have to be
27  very careful with organization in my life now.  Just imagine how difficult it would be to
28  prepare a complaint or an opposition if you could not remember what you wrote or read 15

1  minutes earlier and had to review it repeatedly to create a usable memory.  I must do that.

2      On top of my issues, my barely functional 79 year old sister-in-law recently moved in
3  to my house.  When she first visited she could barely talk.  At least she can get more than
4  three words out now.  Nevertheless, her care has caused a significant interruption which
5  exacerbates the delay I am experiencing.

6      The issues have taken a toll on my already impaired ability to focus on work during
7  the day, and I'm only able to work a few hours total in late afternoon and evening on the
8  Amended Complaint before I lose steam and just become confused. I am able to only work
9  at a very slow pace.

10      Plaintiff respectfully requests that the Court at least grant at least a 30 extension to
11  file the Amended Complaint.

12      I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true
13  and correct.

14  Executed on February 18, 2021.

/s/ J.I. McMillan

J.I. McMillan. Esq., In Active
