# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James I. McMillan,<br><br>    Plaintiff,<br><br>    vs.<br><br>City of Anderson, Anderson Fire Protection District, Fire Chief Steve Lowe, Anderson Police Officer Kameron Lee, et al.<br><br>    Defendants. | Case No.: 2:20-cv-00564-JAM-JDP<br><br>**ORDER ON PLAINTIFF'S EX-PARTE APPLICATION AND DECLARATION UNDER PENALTY OF PERJURY FOR AN ORDER EXTENDING THE DATE TO FILE AN AMENDED COMPLAINT.**<br><br>Judge:  Hon. John A. Mendez.<br><br>Trial Date: None Set |

## **ORDER**

Based upon Plaintiff's ex-parte application and declaration under penalty of perjury for an order extending the date to file an amended complaint, AND GOOD CAUSE APPEARING THEREFORE:

**IT IS SO ORDERED:**

The Court GRANTS the application by Plaintiff for an order extending the date to file an amended complaint from April 1, 2021 to May 1, 2021.

DATED:  March 25, 2021      /s/ John A. Mendez
------------------------------------------------
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**ORDER ON PLAINTIFF'S APPLICATION TO EXTEND
DATE TO FILE THIRD AMENDED COMPLAINT**