1  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   JOSEPH A. SALAZAR JR., SB# 169551
2    E-Mail: Joe.Salazar@lewisbrisbois.com
   RYAN MATTHEWS, SB# 311674
3    E-Mail: Ryan.Matthews@lewisbrisbois.com
   2020 West El Camino Avenue, Suite 700
4  Sacramento, California 95833
   Telephone: 916.564.5400
5  Facsimile: 916.564.5444

6  Attorneys for Defendants, ANDERSON FIRE
   PROTECTION DISTRICT and FIRE CHIEF
7  STEVE LOWE

8

9

10                    UNITED STATES DISTRICT COURT

11        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

12

13  JAMES I. MCMILLAN,                        Case No. 2:20-cv-00564-JAM-JDP

14            Plaintiff,                       **DEFENDANTS ANDERSON FIRE
                                              PROTECTION DISTRICT AND FIRE
15       vs.                                  CHIEF STEVE LOWE'S NOTICE OF
                                              MOTION AND MOTION TO DISMISS
16  COUNTY OF SHASTA, a public entity;        PLAINTIFF'S THIRD AMENDED
   CITY OF ANDERSON, a public entity;         COMPLAINT PURSUANT TO FEDERAL
17  ANDERSON FIRE PROTECTION                  RULE OF CIVIL PROCEDURE 12(b)(6)**
   DISTRICT, a public entity; FIRE CHIEF
18  STEVE LOWE in his official and individual  Date:    July 6, 2021
   capacity; ANDERSON POLICE OFFICER          Time:    1:30 p.m.
19  KAMERON LEE in his official and individual Crtrm.:  6
   capacity; SHASTA COUNTY SHERRIFF-
20  CORONER THOMAS M. BOSENKO RET.,            Judge:   Hon. John A. Mendez, Crtrm. 6
   in his individual and official capacities;
21  COUNTY JAIL CAPTAIN DAVE KENT, in          Trial Date:            None Set
   his individual and official capacity;
22  CALIFORNIA FORENSIC MEDICAL
   GROUP, INC., A California Corporation;
23  JAIL NURSE DOES 1; JAIL NURSE DOE 2,
   AND DOES 3-20, individually, jointly, and
24  severally,

25            Defendants.

26

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4834-8773-3226.1                                1

DEFENDANTS ANDERSON FIRE PROTECTION DISTRICT AND FIRE CHIEF STEVE LOWE'S NOTICE OF
MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

1  **TO THE HONORABLE JOHN A. MENDEZ, JUDGE, AND TO ALL PARTIES**

2  **AND ATTORNEYS OF RECORD:**

3       **PLEASE TAKE NOTICE** that defendants, FIRE CHIEF STEVE LOWE and

4  ANDERSON FIRE PROTECTION DISTRICT on July 6, 2021 at 1:30 p.m. in Courtroom 6 of the

5  United States District Court, Eastern District of California, 501 I Street, Sacramento, California

6  95814 will and hereby do move this court for an order dismissing all claims against them without

7  leave to amend for failure to state a claim upon which relief may be granted pursuant to Federal

8  Rule of Civil Procedure 12(b)(6). This Motion is made following the conference of counsel

9  pursuant to the Court's standing order. Counsel met and conferred via written correspondence on

10  May 17, 2021. This Motion will be based on this Notice, on the attached Memorandum of Points

11  and Authorities in support of the motion, and/or any Judicial Notice requested herein, and such

12  other and further evidence that may be introduced at the Hearing of this Motion.

13  DATED:  May 17, 2021            LEWIS BRISBOIS BISGAARD & SMITH LLP

14

15                By:     */s/ Ryan J. Matthews*

16                      JOSEPH A. SALAZAR JR.

17                      RYAN J. MATTHEWS
                    Attorneys for Defendants, ANDERSON FIRE

18                      PROTECTION DISTRICT and FIRE CHIEF
                    STEVE LOWE

19

20

21

22

23

24

25

26

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANTS ANDERSON FIRE PROTECTION DISTRICT AND FIRE CHIEF STEVE LOWE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

1

2

**FEDERAL COURT PROOF OF SERVICE**
James I. McMillan v. County of Shasta, et al.
Case No. 2:20-cv-00564-JAM-JDP

3    STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

4            At the time of service, I was over 18 years of age and not a party to the action.  My
     business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833.  I am
5    employed in the office of a member of the bar of this Court at whose direction the service was
     made.

6

7            On May 17, 2021, I served the following document(s):

8    -        **DEFENDANTS ANDERSON FIRE PROTECTION DISTRICT AND FIRE
             CHIEF STEVE LOWE'S NOTICE OF MOTION AND MOTION TO DISMISS
             PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO FEDERAL
9            RULE OF CIVIL PROCEDURE 12(b)(6)**

10           I served the documents on the following persons at the following addresses (including fax
     numbers and e-mail addresses, if applicable):

11

12                           **SEE ATTACHED SERVICE LIST**

13           The documents were served by the following means:

14   ☒     (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the
           documents with the Clerk of the Court using the CM/ECF system, which sent notification
           of that filing to the persons listed above.

15

16           I declare under penalty of perjury under the laws of the United States of America and the
     State of California that the foregoing is true and correct.

17           Executed on May 17, 2021, at Sacramento, California.

18

19                                                      */s/ Alicia Crespo*
                                                   _____
20                                                 Alicia Crespo

21

22

23

24

25

26

27

28



DEFENDANTS ANDERSON FIRE PROTECTION DISTRICT AND FIRE CHIEF STEVE LOWE'S NOTICE OF
MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

**SERVICE LIST**
**James I. McMillan v. County of Shasta, et al.**
**Case No. 2:20-cv-00564-JAM-JDP**

| | |
|---|---|
| James I. McMillan<br>4955 Via Lapiz<br>San Diego, CA 92122 | In Propria Persona<br><br>Tel.: 858-646-0069<br>Direct: 858-412-0058<br>Fax: 206-600-4582<br>Email: jimcmillan@netscape.net |
| Jerome M. Varanini<br>The Law Offices of Jerome M. Varanini<br>641 Fulton Avenue, Suite 200<br>Sacramento, CA 95825<br>P.O. Box 590<br>Sacramento, CA 95812-0590 | *Attorneys for Defendant,*<br>*CALIFORNIA FORENSIC MEDICAL*<br>*GROUP, INC.*<br><br>Tel.: 916-993-4868<br>Fax: 916-993-6750<br>E: varanin@earthlink.net |
| Gary Charles Brickwood<br>Brickwood Law Office<br>1135 Pine Street, Suite 210<br>Redding, CA 96001 | *Attorneys for Defendant*<br>*COUNTY OF SHASTA, THOMAS M.*<br>*BOSENKO, DAVE KENT*<br><br>Tel.: 530-245-1877<br>Fax: 530-245-1879<br>E: office@brickwoodlaw.com |
| Derick E. Konz<br>Gokalp Yusuf Gurer<br>Angelo Kilday & Kilduff, LLP<br>601 University Ave., Suite 150<br>Sacramento, CA 95825 | *Attorneys for Defendant*<br>*CITY OF ANDERSON, KAMERON LEE*<br><br>Tel.: 916-564-6100<br>Fax: 916-564-6263<br>E: dkonz@akk-law.com<br>E: ggurer@akk-law.com |

DEFENDANTS ANDERSON FIRE PROTECTION DISTRICT AND FIRE CHIEF STEVE LOWE'S NOTICE OF
MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW