DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
GÖKALP Y. GÜRER, ESQ., SB No. 311919
  Email: ggurer@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF ANDERSON and ANDERSON POLICE OFFICER KAMERON LEE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES I. McMILLAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDERSON FIRE PROTECTION DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-00564-JAM-EFB<br><br>**DEFENDANTS CITY OF ANDERSON AND ANDERSON POLICE OFFICER KAMERON LEE'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**DATE:**　July 27, 2021<br>**TIME**　　1:30 P.M.<br>**DEPT:**　6, 14th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 27, 2021 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6 of the United States District Courthouse located at 501 I Street, Sacramento, California, Defendants CITY OF ANDERSON and ANDERSON POLICE OFFICER KAMERON LEE will move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiff JAMES I. McMILLAN's Third Amended Complaint (ECF No. 43.) without leave to amend.

This Motion will be made on the following grounds:

1.　Plaintiff's first claim for Seizure, Cruel and Unusual Punishment, and Deliberate Indifference pursuant to 42 U.S.C. § 1983 fails to state a claim under either the Eighth or Fourteenth Amendment because Plaintiff was neither a convicted prisoner nor a pre-trial detainee

during his interactions with Officer Kameron Lee.  Excessive force claims are limited to analysis under the Fourth Amendment as provided in *Graham v. Connor*, 490 U.S. 386 (1989), and under the Fourth Amendment, any force used by Officer Lee was reasonable under the circumstances. Officer Lee is also entitled to qualified immunity;

2. Plaintiff's fourth claim under *Monell v. Dep't of Soc. Services of the City of N.Y.*, 436 U.S. 658, 694 (1978) pursuant to 42 U.S.C. § 1983 fails to state a claim because the allegations are purely conclusory and do not state factual matter pertaining to an unconstitutional custom, policy, or practice, or the allegations state isolated or sporadic conduct;

3. Plaintiff's eighth claim for Elder Abuse pursuant to California Welfare and Institutions Code § 15657 fails to state a claim because Officer Lee's actions do not constitute "physical abuse" that is reckless, oppressive, fraudulent, or malicious;

4. Plaintiff's tenth claim under the Bane Act pursuant to Cal. Civ. Code §51.2 fails to state a claim because Officer Lee's actions do not constitute threats, intimidation, or coercion, and because there is no underlying constitutional violation;

5. Plaintiff's eleventh claim for Negligence Per Se fails to state a claim because Plaintiff has not pled a statute that provides either a duty of care or a standard of care;

6. Plaintiff's twelfth claim for Negligence fails to state a claim because any force used by Officer Lee was reasonable under the circumstances;

7. Plaintiff's fifteenth claim for Assault fails to state a claim because this Court did not give Plaintiff leave to plead additional claims, and Plaintiff has not pled assaultive conduct, just mere words by Officer Lee; and

8. Plaintiff's sixteenth claim for Battery by Peace Officer fails to state a claim because this Court did not give Plaintiff leave to plead additional claims, and any force used by Officer Lee was reasonable under the circumstances.

This Motion will be based on this Notice of Motion and Motion, Memorandum of Points and Authorities, and Declaration of Gokalp Y. Gurer, as well as the complete files and records in this action and on any such other matters as may be presented at or before the time of the hearing.

This Motion is made following the conference of counsel pursuant to the Court's standing

order which took place on May 10, 2021.

Dated: May 17, 2021                ANGELO, KILDAY & KILDUFF, LLP

By: */s/ Gökalp Y. Gürer*
_____
GÖKALP Y. GÜRER
DERICK E. KONZ
Attorneys for Defendant CITY OF ANDERSON and ANDERSON POLICE OFFICER KAMERON LEE