James I. McMillan, CBN 68584 - Inactive
4955 Via Lapiz
San Diego, CA 92122
Office: 858-646-0069
Direct: 858-412-0058
Fax: 206-600-4582
Email: jimcmillan@netscape.net

JAMES I. MCMILLAN, **in propria persona**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James I. McMillan,<br><br>    Plaintiff,<br><br>vs.<br><br>County of Shasta, a public entity; City of Anderson, a public entity; Anderson Fire Protection District, a public entity; Fire Chief Steve Lowe in his official and individual capacity; Anderson Police Officer Kameron Lee in his official and individual capacity, et al.<br><br>    Defendants. | Case No.: 2:20-cv-00564-JAM-JDP<br><br>APPLICATION AND DECLARATION FOR AN ORDER DELAYING THE HEARINGS ON FIRE CHIEF LOWE'S AND ANDERSON FIRE PROTECTION DISTRICT'S 12b(6) MOTION SET FOR JULY 6, 2021, AND THAT OF OFFICER LEE AND CITY OF ANDERSON SET FOR JULY 27, 2021. |

   Plaintiff makes this application and declaration under penalty of perjury for an order delaying the 12b(6) motion hearings on Fire Chief Lowe and the Anderson Fire Protection District's set for July 6, 2021 to July 20, 2021, and that of Officer Lee and the City of Anderson's set for July 27, 2021 to August 3, 2021 with all respective opposition dates and reply dates to be reset accordingly.

    The reasons for this application are due my impaired short term memory and to an enduring, painful injury on June 6, 2021 from a fall fracturing the L-1 vertebrae in my spine.

/ / /

/ / /

-1-

1  The diagnosis after a CT scan the day after the injury:

2  "IMPRESSION: Age indeterminate L1 superior end plate fracture with approximately 10% height loss. This report electronically signed by
3  Christopher B Aquino, MD on  6/7/2021 2:28 PM"

4  I have been advised by my doctors that the back injury may require up to six weeks or
5  more of physical therapy.

6  The constantly varying pain from the injury on top of my impaired short term
7  memory has made progress on my oppositions substantially more difficult.

8  I sent an email on June 14, 2021, about 11:00  p.m. to the attorneys  Joeseph Salizar
9  and Ryan Matthews of Lewis Brisbois Bisgaard and Smith, LLP, the firm representing Fire
10  Chief Lowe and the Anderson Fire Protection District in this case advising that I needed
11  additional time to prepare my response and requested a delay from June 13, 2021 to July 20,
12  2021, for the hearing and associated dates.  I sent a similar email to Derick E. Konz and
13  Gokalp Y. Gurer of Amgelo, Kilday and Kilduff, LLP. the firm representing Officer Lee
14  and the City of Anderson requesting a delay of the hearing from July 27, 2021 to August 3,
15  2021.

16  I received the following email response on June 15, 2021 at 6:55 a.m. from attorney
17  Joe Salizar: " We will agree to the extension.  It is up to you to coordinate with the court."

18  I further received an email on June 15, 2021 at 10:28 a.m. from attorney Gokalp Y
19   Gurer advising:"

20  "I don't have a problem moving the hearing date from July 27 to August 3, which would move the opposition/reply dates one week, as well.  Feel free to
21  request relief from the Court as you've previously done.  I won't oppose or otherwise object.  Please feel free to attach this e-mail to your application as
22  confirmation."

23  I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true
24  and correct.

25  Executed on June 17, 2021.

26                                         /s/ J.I. McMillan

27                                         J.I. McMillan. Esq., Inactive
                                           **in propria persona**
28