# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James I. McMillan,<br><br>Plaintiff,<br><br>vs.<br><br>City of Anderson, Anderson Fire Protection District, Fire Chief Steve Lowe, Anderson Police Officer Kameron Lee, et al.<br><br>Defendants. | Case No.: 2:20-cv-00564-JAM-JDP<br><br>**ORDER ON PLAINTIFF'S APPLICATION AND DECLARATION UNDER PENALTY OF PERJURY EXTENDING THE HEARING DATES OF DEFENDANTS' RESPECTIVE 12b(6) MOTIONS TO DISMISS.**<br><br>Judge: Hon. John A. Mendez.<br><br>Trial Date: None Set |

## ORDER

Based upon Plaintiff's unopposed application and his declaration under penalty of perjury for an order extending the hearing dates of 12b(6) motions of the respective identified defendants',

AND GOOD CAUSE APPEARING THEREFORE:

///

///

///

-1-
ORDER ON PLAINTIFF'S APPLICATION TO EXTEND
HEARING DATES OF 12b(6) MOTIONS.

**IT IS SO ORDERED:**

The Court GRANTS the unopposed application by Plaintiff for an order extending the hearing date of the 12b(6) motion of Fire Chief Lowe and the Anderson Fire Protection District from July 6, 2021 to ~~July 20~~ August 10 9am, 2021 and also extending the hearing date of the 12b(6) motion of Officer Lee and the City of Anderson from July 27, 2021 to August ~~3~~ 10 9am, 2021 with all respective opposition/reply dates set accordingly.

DATED: June 21, 2021

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE