James I. McMillan, CBN 68584 - Inactive
4955 Via Lapiz
San Diego, CA 92122
Office: 858-646-0069
Direct: 858-412-0058
Fax: 206-600-4582
Email: jimcmillan@netscape.net

JAMES I. MCMILLAN, **in propria persona**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James I. McMillan,<br><br>        Plaintiff,<br><br>    vs.<br><br>County of Shasta, a public entity; City of Anderson, a public entity; Anderson Fire Protection District, a public entity; Fire Chief Steve Lowe in his official and individual capacity; Anderson Police Officer Kameron Lee in his official and individual capacity; et al.<br><br>        Defendants. | Case No.: 2:20-cv-00564-JAM-JDP<br><br>**APPLICATION TO EXTEND THE DATE TO FILE MOTION FOR RECONSIDERATION OF DISMISSAL, FROM NOVEMBER 10, 2021 TO NOVEMBER 24, 2021.**<br><br>Date: November 9, 2021<br>Time: ASAP<br>Crtrm: 6. 14th Floor<br><br>Judge: Hon. John A Mendez.<br><br>Trial Date: None set. |

    It will not be possible for Plaintiff James I. McMillan to finish preparing and filing his motion for reconsideration of the dismissal filed on October 27, 2021.  Plaintiff has been working diligently to file within 14 days, by November 10, 2021, but it clearly he will be unable to accomplish the task by tomorrow.

    Plaintiff is suffering mental disability. The greatest impairment is damage to his short term memory.  For example; He forgets most of what is written on the first page while he reads the second page.  A case must be read several times by McMillan to retain some understanding of the case, even then his memory of the case will fade soon.  The brain damage occurred as a consequence of being deprived of his prescribed medication while at

-1-

1  Shasta County Jail. He suffered severe hallucinations in the course of being released, but not
2  before.
3   Since, McMillan has also discovered he also suffers some difficulty recalling even
4  his less recent memories.  For example: when he begins the day working on this case it takes
5  him a few minutes to recall what and where to find what he was working on the previous
6  day even though he maintains links.
7   Further, McMillan requests the extension of time to submit his included motion for
8  reconsideration of the dismissals under <u>Heck v. Humphrey</u> by the Court of McMillan's Fifth
9  and Sixth Claims in his second amended complaint in the Court's Order of  February 2,
10 2021,  as the charges against McMillan were completely dismissed by the Superior Court on
11 June 21, 2021.

13   Respectfully submitted,
14   <u>/s/ James I. McMillan</u>
    James I. McMillan, Esq. Inactive
15   in propria persona.