# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James I. McMillan,<br><br>Plaintiff,<br><br>vs.<br><br>County of Shasta, City of Anderson, Anderson Fire Protection District, Fire Chief Steve Lowe, Anderson Police Officer Kameron Lee, et al.<br><br>Defendants. | Case No.: 2:20-cv-00564-JAM-JDP<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION TO EXTEND THE DATE TO FILE MOTION FOR RECONSIDERATION OF DISMISSALS FROM NOVEMBER 10, 2021 TO NOVEMBER 24, 2021.**<br><br>Judge: Hon. John A. Mendez.<br><br>Trial Date: None Set |

## **ORDER**

Based upon Plaintiff's motion/application to extend the date to file a motion for reconsideration of dismissals from November 10, 2021, to November 24, 2021, AND GOOD CAUSE APPEARING THEREFORE: **IT IS SO ORDERED:**

The Court GRANTS the motion/application by Plaintiff for an order extending the filing date of his motion for reconsideration of dismissals from November 10, 2021 to November 24, 2021

.
Dated: _____          _____

THE HONORABLE JOHN A. MENDEZ

UNITED STATES DISTRICT COURT JUDGE

**ORDER ON PLAINTIFF'S APPLICATION TO EXTEND THE DATE
TO FILE MOTION FOR RECONSIDERATION OF DISMISSALS**