# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James I. McMillan<br><br>          Plaintiffs<br>vs.<br><br>County of Shasta, a public entity; City of Anderson, a public entity; Anderson Fire Protection District, a public entity; Fire Chief Steve Lowe in his official and individual capacity; Anderson Police Officer Kameron Lee in his official and individual capacity; Shasta County Sheriff-Coroner Thomas M. Bosenko ret., in his individual and official capacities; County Jail Captain Dave Kent, in his individual and official capacity; California Forensic Medical Group, Inc., a California Corporation; Jail Nurse Linda Smith, Jail Nurse Amanda Ream and DOES 1-50; individually, jointly, and severally,<br><br>          Defendants. | Case No. 2:20-cv-00564-JAM-EFB<br><br>Judge: Hon. John A. Mendez<br>Courtroom: 6<br><br>ORDER GRANTING JOINT STIPULATION AND MOTION TO EXTEND TIME WITHIN WHICH TO FILE PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Date: 02/14/2023<br>Time: 1:30 p.m.<br>Courtroom: 6<br><br>Initiating Complaint Filed: 11/08/2020 |

ORDER GRANTING JOINT STIPULATION AND MOTION TO EXTEND TIME WITHIN WHICH TO FILE PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES

# **ORDER**

The Court having considered the stipulation and joint motion filed by the parties hereby adopts the following briefing schedule on Defendants' Motion For Judgment on The Pleadings:

| Event | Current Date | Proposed Date |
|---|---|---|
| Opposition | December 1, 2022 | December 22, 2022 |
| Reply | December 11, 2022 | January 13, 2022 |

IT IS SO ORDERED

Dated:  November 28, 2022          /s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE