|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| James I. McMillan | Case No. 2:20-cv-00564-JAM-EFB |
|---|---|
| Plaintiffs | Judge: Hon. John A. Mendez |
| vs. | Courtroom: 6 |
| County of Shasta, a public entity; City of Anderson, a public entity; Anderson Fire Protection District, a public entity; Fire Chief Steve Lowe in his official and individual capacity; Anderson Police Officer Kameron Lee in his official and individual capacity; Shasta County Sheriff-Coroner Thomas M. Bosenko ret., in his individual and official capacities; County Jail Captain Dave Kent, in his individual and official capacity; California Forensic Medical Group, Inc., a California Corporation; Jail Nurse Linda Smith, Jail Nurse Amanda Ream and DOES 1-50; individually, jointly, and severally, | ORDER GRANTING STIPULATION TO DISMISS DEFENDANTS THOMAS M. BOSENKO AND DAVE KENT WITHOUT PREJUDICE AND VACATE HEARING ON PENDING MOTION FOR JUDGMENT ON THE PLEADINGS |
|   | Date: 02/14/2023 |
|   | Time: 1:30 p.m. |
|   | Courtroom: 6 |
|   | Initiating Complaint Filed: 11/08/2020 |
| Defendants. |   |

ORDER GRANTING STIPULATION AND MOTION TO DISMISS DEFENDANTS THOMAS M. BOSENKO AND DAVE KENT WITHOUT PREJUDICE

# **ORDER**

Pursuant to the stipulation of the parties, Defendants Bosenko and Kent shall be dismissed from this action without prejudice. In light of the foregoing, the hearing on Defendants' pending Motion for Judgment on The Pleadings is hereby vacated as the motion is moot.

IT IS SO ORDERED

Dated:  December 20, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION AND MOTION TO DISMISS DEFENDANTS THOMAS M. BOSENKO AND DAVE KENT WITHOUT PREJUDICE

1