JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
DAMIAN A. NORTHCUTT, Bar No. 258183
Damian.Northcutt@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue
25th Floor
Los Angeles, California  90071
Telephone:	(213) 617-8100
Facsimile:	(213) 617-7480

Attorneys for Defendant
COUNTY OF SHASTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES I. MCMILLAN,<br><br>                     Plaintiff,<br><br>     v.<br><br>COUNTY OF SHASTA, A PUBLIC ENTITY; CITY OF ANDERSON, A PUBLIC ENTITY; ANDERSON FIRE PROTECTION DISTRICT, A PUBLIC ENTITY; FIRE CHIEF STEVE LOWE IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; ANDERSON POLICE OFFICER KAMERON LEE IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; SHASTA COUNTY SHERIFF-CORONER THOMAS M. BOSENKO RET., IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; COUNTY JAIL CAPTAIN DAVE KENT, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; CALIFORNIA FORENSIC MEDICAL GROUP, INC., A CALIFORNIA CORPORATION; JAIL NURSE LINDA SMITH, JAIL NURSE AMANDA REAM AND DOES 1-50; INDIVIDUALLY, JOINTLY, AND SEVERALLY,<br><br>                     Defendants. | Case No. 2:20-cv-00564-JAM-EFB<br><br>Judge: Hon. John A. Mendez<br>Courtroom: 6<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT COUNTY OF SHASTA WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A) (ECF No. 107)**<br><br>Action Filed:      March 13, 2020 |

-1-

2:20-CV-00564-JAM-EFB
ORDER GRANTING STIPULATION TO DISMISS DEFENDANT COUNTY OF SHASTA WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)

**ORDER**

Pursuant to the stipulation of the parties, Defendant **County of Shasta** shall be **DISMISSED** from this action **with prejudice.**

Dated: June 11, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

-2-

2:20-CV-00564-JAM-EFB
ORDER GRANTING STIPULATION TO
DISMISS DEFENDANT COUNTY OF
SHASTA WITH PREJUDICE PURSUANT
TO F.R.C.P. RULE 41(A)