UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES I. MCMILLAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SHASTA, a public entity, et. al.,<br><br>　　　　Defendants. | No.  2:20-cv-00564-JAM-JDP<br><br>**JUDGMENT IN A CIVIL CASE** |

**XX** −− **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED

　　**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER SIGNED ON 10/25/2021 AND ENTERED ON 10/27/2021**.

　　　　　　　　　　　　　　　　　　**Keith Holland**
　　　　　　　　　　　　　　　　　　Clerk of Court

ENTERED: July 01, 2024　　　　　　By: /s/ M York
　　　　　　　　　　　　　　　　　　Deputy Clerk